# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

## APPEAL NO. 23-13874
_____


MOTHER DOE, on behalf of JOHN DOE

**Appellant**

v.

GRINDR, LLC and GRINDR HOLDINGS, LLC

**Appellees**

_____

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
DC DOCKET NO. 5:23-cv-00193-JA-PRL**

_____


## MOTION TO FILE APPEAL STATEMENT OUT OF TIME


*/s/* Krisel McSweeney
Krisel McSweeney
Fla. Bar No.: 112637
McSweeney Law Firm
5550 Glades Rd.,
Suite 500
Boca Raton, FL 33431
Tel.: 800-540-0668
Fax: 561.961.5191
Kmcsweeney@mcsweeneylawfirm.com

1

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Appellant Mother Doe on behalf of her minor child John Doe, pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rules 26.1–1, 26.1–2, and 26.1–3, hereby submit her Certificate of Interested Persons and Corporate Disclosure Statement.

In alphabetical order, following are all trial judges, attorneys, persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party:

A) Antoon, John - Senior District Judge, Middle District of Florida

B) Davis Wright Tremaine LLP – Law Firm for Appellees

C) Doe, John - Appellant, by and through Mother Doe

D) Doe, Mother - Appellant, on behalf of John Doe

E) Fairchild, Sara - Attorney for Appellees

F) Gold, Loren L. – Attorney for Appellant

G) Grindr, LLC - Appellee

H) Grindr Capital LLC – sole member of Appellee Grindr Holdings LLC

I) Grindr Gap LLC – sole member of Grindr Capital LLC

J) Grindr Group LLC – sole member of Grindr Gap LLC

K) Grindr Holdings LLC - Appellee

L) Grindr Inc. (GRND) – sole member of Grindr Group LLC

M) Hach Rose Schirripa & Cheverie, LLP – Law Firm for Appellant

N) Kumar, Ambika - Attorney for Appellees

O) Loren L. Gold, P.A. – Law Firm for Appellant

P) McSweeney Law Firm - Law firm for Appellant

Q) McSweeney, Krisel - Attorney for Appellant

R) Nappi, Hillary– Attorney for Appellant

S) Walters Law Group - Law Firm for Appellees

T) Walters, Lawrence G. - Attorney for Appellees

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Grindr Inc. (GRND)

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

/s/ Krisel McSweeney
Krisel McSweeney
*Counsel for Appellant*

# MOTION TO FILE APPEAL STATEMENT OUT OF TIME

Mrs. McSweeney respectfully requests to file the Appeal Statement out of time, attached as an Exhibit to this Motion. On November 22, 2023, a timely Notice of Appeal was filed and the fee paid for the district court's ruling on Defendants' Motion to Dismiss.

Unfortunately, due to an inadvertent oversight, the filing deadline was missed.[1] Counsel is aware of the importance of complying with court-imposed deadlines, sincerely apologizes for any inconvenience the oversight may have caused.

Counsel respectfully request that the Court consider the following factors in support of this motion:

1. Failure to timely file was not due to any neglect or intentional delay. Rather, it was the result of an unintended error.
2. The underlying case involves an important and novel issue pertaining to the Communications Decency Act of 1996, 47 U.S.C. §230(c). The appeal raises significant legal issues that

---

[1] Counsel incorporates by reference the Motion to Remedy Default within the Certificate of Interested Persons and Corporate Disclosure Statement as it contains a detailed explanation of the reason for the oversight.

warrant review by this Honorable Court, and justice would be best served by allowing the appeal to proceed.

3. Filing the Statement of Appeal out of time would not unduly prejudice the opposing party. The delay is solely attributed to my inadvertent mistake, and allowing the appeal to move forward will not impact the opposing party's ability to respond substantively.

4. Finally, granting this motion is in the public interest as it ensures a fair and just resolution of the legal issues presented in this case.

Counsel conferred with opposing counsel who does not oppose the relief requested. Based on the foregoing, Mrs. McSweeney respectfully submits there is good cause for the Court to grant leave to file the Appeal Statement.

    /s/ Krisel McSweeney

Krisel McSweeney
*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that the foregoing document complies with the volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 631 words, as counted by Microsoft Word, excluding the items that may be excluded under Fed. R. App. P. 32(f).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via the Florida e-filing Portal this 28th day of December 2023, to counsel of record.

/s/ *Krisel McSweeney*

Krisel McSweeney, Esq.
Florida Bar No.112637