**Case No. 23-13874**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

MOTHER DOE on behalf of JOHN DOE,
*Plaintiff-Appellant,*

vs.

GRINDR, LLC AND GRINDR HOLDINGS, LLC
*Defendants-Appellees.*

---

On appeal from the United States District Court
Middle District of Florida, Ocala Division
Case No. 5:23-cv-00193-JA-PRL

---

# APPELLEES' UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT


Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-8618
Facsimile: (213) 633-6899

Lawrence G. Walters
WALTERS LAW GROUP
195 W. Pine Ave.
Longwood, Florida 32750-4104
Telephone: (407) 957-9150
Facsimile: (407) 744-6151

Ambika Kumar
Sara A. Fairchild
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Counsel for Appellees*
*Grindr LLC and Grindr Holdings LLC*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, 26.1-2, and 26.1-3, counsel for Appellees, Grindr, LLC and Grindr Holdings, LLC, certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations that have or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

A) Antoon, John - Senior District Judge, Middle District of Florida

B) Davis Wright Tremaine LLP - Law Firm for Appellees

C) Doe, John - Appellant, by and through Mother Doe

D) Doe, Mother - Appellant, on behalf of John Doe

E) Fairchild, Sara - Attorney for Appellees

F) Gold, Loren L. - Attorney for Appellant

G) Grindr, LLC - Appellee

H) Grindr Capital LLC – sole member of Appellee Grindr Holdings LLC

I) Grindr Gap LLC – sole member of Grindr Capital LLC

J) Grindr Group LLC – sole member of Grindr Gap LLC

K) Grindr Holdings LLC - Appellee

L) Grindr Inc. (GRND) – sole member of Grindr Group LLC

M) Hach Rose Schirripa & Cheverie, LLP - Law Firm for Appellant

N) Kumar, Ambika - Attorney for Appellees

O) Loren L. Gold, P.A. - Law Firm for Appellant

P) McSweeney Law Firm - Law firm for Appellant

Q) McSweeney, Krisel - Attorney for Appellant

R) Nappi, Hillary - Attorney for Appellant

S) Sieff, Adam - Attorney for Appellees

T) Walters Law Group - Law Firm for Appellees

U) Walters, Lawrence G. - Attorney for Appellees

Grindr LLC and Grindr Holdings LLC certify that each is an indirect wholly owned subsidiary of Grindr Inc. (GRND), which is a publicly traded company with no parent corporation. No publicly held corporation owns 10% or more of Grindr Inc.'s stock.

Case No. 23-13874
*Mother Doe v. Grindr, LLC, et al.*

**APPELLEES' UNOPPOSED MOTION**
**FOR CONTINUANCE OF ORAL ARGUMENT**

Appellees Grindr LLC and Grindr Holdings, LLC ("Grindr"), by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 34(b) and Local Rule 34-4(g), respectfully ask the Court to postpone oral argument currently scheduled for February 26, 2025 and in support state as follows:

1. Grindr's lead counsel, Ambika Kumar, is scheduled to present oral argument.
2. On February 13, 2025, her 9-year-old son was admitted to Children's Hospital in Seattle, Washington. Her son will undergo testing and may ultimately require surgery.
3. Ms. Kumar is staying with her son and is unable to focus on oral argument preparation. She may also need to be in Seattle for any further testing or surgery.
4. Counsel for Appellee has consulted with counsel for Appellant, who has represented that Appellant does not oppose this request.
5. Good cause has been demonstrated for continuance of the oral argument due to Ms. Kumar's unforeseen family emergency.

**WHEREFORE**, Grindr respectfully requests that the Court continue the oral argument currently scheduled for February 26, 2025.

DATED: February 13, 2025

Respectfully submitted,

*/s/ Ambika Kumar*

Ambika Kumar
Sara A. Fairchild
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
ambikakumar@dwt.com
sarafairchild@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-8618
adamsieff@dwt.com

Lawrence G. Walters
WALTERS LAW GROUP
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
larry@firstamendment.com
paralegal@firstamendment.com

*Attorneys for Appellees Grindr LLC and Grindr Holdings LLC*

**CERTIFICATE OF COMPLIANCE**

I certify that this document complies with the type-volume limitation set forth in Fed. R. App. P. 32(a)(7)(B) because, excluding the items exempted by Fed. R. App. P. 32(f) and 11th Cir. R. 32-4, this document contains 502 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 MSO in Times New Roman, 14-point font.

DATED: February 13, 2025

*/s/ Ambika Kumar*
Ambika Kumar

*Counsel for Appellees Grindr LLC and Grindr Holdings LLC*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on February 13, 2025, I caused a true and correct copy of the foregoing to be filed through the Appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the Appellate CM/ECF system.

DATED: February 13, 2025

*/s/ Ambika Kumar*
Ambika Kumar

*Counsel for Appellees Grindr LLC and Grindr Holdings LLC*