In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-13874

---

MOTHER DOE,
on behalf of John Doe,

Plaintiff-Appellant,

*versus*

GRINDR, LLC,
GRINDR HOLDINGS LLC,
formerly known as
KL Grindr Holdings LLC,

Defendants-Appellees,

KL GRINDR HOLDINGS, INC., et al.,

Defendants.

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:23-cv-00193-JA-PRL

ORDER:

Appellee's unopposed motion to continue oral argument is denied without prejudice. Counsel may file a renewed motion that explains why another counsel of record is unable to argue the appeal.

/s/ William H. Pryor Jr.
CHIEF JUDGE